(No. 73-CC-447—Claimant 

LIBERTY ASPHALT PRODUCTS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, RESPONDENT.

OPINION FILED OCTOBER 18, 1973.

LIBERTY ASPHALT PRODUCTS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6590—Claimant 

BLACK AND COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 18, 1973.*

BLACK AND COMPANY, Claimant, prq se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.